AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----

18 U.S.C. § 1542 – False Statement in Application for United States Passport

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
Imprisonment: 10 years, Fine: $250,000, Supervised release: 3 years, Special assessment: $100

E-filing

---- DEFENDANT - U.S. ----

▶ FRANCISCO RUIZ

DISTRICT COURT NUMBER

CR07-0725   MJJ

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

FILED
NOV 1 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

---- PROCEEDING ----

Name of Complainant Agency, or Person (&Title, if any)
DEPT. OF STATE-DIPLOMATIC SECURITY SERVICES

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

} MAGISTRATE CASE NO.
CR07-0685WDB

Name and Office of Person Furnishing Information on THIS FORM   **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   BRYAN R. WHITTAKER, SAUSA

Has detainer been filed?  ☐ Yes  ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

# United States District Court

**FILED**
NOV 1 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**

VENUE: **OAKLAND**

CR07 0725  MJJ

UNITED STATES OF AMERICA,

V.

FRANCISCO RUIZ,
(a/k/a Rafael Jimenez,
Jorgo Tapia-Hernandez),

E-filing

DEFENDANT.

## INDICTMENT

VIOLATION: 18 U.S.C. § 1542 – False Statement in
Application for United States Passport

A true bill.

_____ Foreman

Filed in open court this 15th day of November 2007

_____ Clerk

Nov 15, 2007

Bail, $  NO BAIL ARREST WARRANT

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED

2007 NOV 15 PM 12: 25

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>  v.<br>FRANCISCO RUIZ,<br>(a/k/a Rafael Jimenez,<br>Jorgo Tapia-Hernandez),<br>  Defendant. | No. CR07-0725   MJJ<br><br>VIOLATION: 18 U.S.C. § 1542 – False Statement in Application for United States Passport<br><br>OAKLAND VENUE |

## INDICTMENT

The Grand Jury charges:

On or about May 20, 2002, in the Northern District of California, the defendant,

FRANCISCO RUIZ
(a/k/a Rafael Jimenez,
Jorgo Tapia-Hernandez),

did willfully and knowingly make a false statement in an application for a passport with the intent to induce and to secure the issuance of the passport under the authority of the United States, for his own use and the use of another contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that he submitted to the Pleasanton, California United States Post Office an application in which the defendant stated that his name

RUIZ INDICTMENT

was Rafael Jimenez, which statement he knew to be false; all in violation of Title 18, United States Code, Section 1542.

DATED: November 15, 2007

A TRUE BILL.

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____)
SAUSA WHITTAKER

RUIZ INDICTMENT